# Gomes
## v.
## Jennifer Bibbiano

| Date | Name | Memo | Account | Amount |
|------|------|------|---------|--------|
| 11/17/2016 | McCorkle Court Reporters | Deposition of Alfredo Miranda- E-Tran | Depositions | 358.40 |
| 11/16/2016 | Rick Kosberg | Video evidence deposition of Scott Fitch- Appearance & video | Depositions | 1,292.00 |
| 11/16/2016 | Area Wide Reporting | Lydia Hicks Transcripts- copy | Depositions | 360.75 |
| 11/16/2016 | Brehon Reporting | 10/5/16 Evidence deposition of Scott Fitch Appearance & transcript | Depositions | 578.00 |
| 10/07/2016 | FedEx Kinko's | 10/7/16 enlarge photos for trail | Legal costs | 157.56 |
| 09/30/2016 | John Switalski | Witness fee + mileage | witness fee | 72.60 |
| 09/30/2016 | Scott Fitch | Witness fee | witness fee | 40.00 |
| 09/30/2016 | Dennis Dunn | Witness fee + mileage | witness fee | 71.64 |
| 9/29/916 | Katrina Glay | Witness fee + mileage | witness fee | 61.6 |
| 09/29/2016 | Uruab, Bowen & Associates | 4/2/14 Inv. 100513 Deposition of Nassar Hamdan | Depositions | 323.60 |
| 09/01/2016 | Elizabeth Schroeder | Witness fee $40 + mileage | witness fee | 67.03 |
| 08/31/2016 | Tiger Court Reporting, LLC | Inv. 10863 Deposition of Dr. Daniel - Etran | Depositions | 954.20 |
| 12/31/2015 | McCorkle Court Reporters | 11/5/14  Deposition of Joseph Harper E-Transcript | Depositions | 1,182.02 |
| 12/01/2015 | McCorkle Court Reporters | 7/15/15 Deposition of James F. Gilligan, MD- Transcript | Depositions | 709.77 |
| 10/14/2015 | Brehon Reporting | 1/17/14 Deposition of Michael Keegan- Transcript | Depositions | 807.50 |
| 07/22/2015 | VAHL | Copy of Transcripts - J. Grossman, G. Ticsay, R. Little, E. Schroeder | Depositions | 2,388.00 |
| 04/20/2015 | Area Wide Reporting | 3/20/15 Deposition of Lydia Hicks- Appearance | Depositions | 225.00 |
| 10/17/2014 | McCorkle Court Reporters | 7/9/14 Laura Murphy, M.D.- Transcript | Depositions | 278.00 |
| 10/17/2014 | McCorkle Court Reporters | Amber M. Servatius- Transcript | Depositions | 438.50 |
| 08/26/2014 | Brehon Reporting | 8/27/13 deposition of Kristin Debban- Transcript | Depositions | 482.50 |
| 08/26/2014 | Brehon Reporting | 3/31/14 deposition of Michelle Davalos- Transcript | Depositions | 452.00 |
| 07/11/2014 | Brehon Reporting | 3/19/14 Deposition of John O'Connor- Transcript | Depositions | 245.00 |
| 07/11/2014 | Brehon Reporting | 8/30/13 Deposition of Monika Lee- Transcript | Depositions | 365.00 |
| 07/11/2014 | Brehon Reporting | 9/5/13 Deposition of Natalie Loyacono- Transcript | Depositions | 257.50 |
| 07/11/2014 | Brehon Reporting | 3/26/14 Deposition of Chandra Pecaut- Transcript | Depositions | 292.50 |
| 07/11/2014 | Brehon Reporting | 9/5/14 Deposition of Kimberly Corsaw- Transcript | Depositions | 442.50 |
| 07/11/2014 | Brehon Reporting | 3/31/14 Deposition of Dora Ramirez- Transcript | Depositions | 437.50 |
| 07/11/2014 | Brehon Reporting | 4/23/14 Deposition of Dr. Young Kim- Transcript | Depositions | 1,146.00 |
| 07/11/2014 | Brehon Reporting | 8/30/13 Deposition of Monique Mitchell- Transcript | Depositions | 275.50 |
| 06/26/2014 | McCorkle Court Reporters | 9/26/13 Video deposition of Rodney Fernandes- Transcript | Depositions | 484.10 |

**Gomes**
v.
**Jennifer Bibbiano**

| Date | Name | Memo | Account | Amount |
|---|---|---|---|---|
| 06/26/2014 | McCorkle Court Reporters | 9/26/13 Video deposition of Lyenia Fernandes- Transcript | Depositions | 258.50 |
| 06/26/2014 | McCorkle Court Reporters | 4/17/14 Video deposition of Oyd S. Gomes- Transcript | Depositions | 547.45 |
| 06/23/2014 | Weldon-Linne & Vogt | 9/10/13 Oyd S.Gomes, L. Fernandes and R. Fernandes- video conference | Depositions | 600.00 |
| 05/05/2014 | Brehon Reporting | 2/6/14 deposition of Ruth Muuru- transcript | Depositions | 1,363.50 |
| 05/05/2014 | Brehon Reporting | 3/7/14 deposition of Dr. Hargurmukh Singh- transcript | Depositions | 987.00 |
| 05/05/2014 | Brehon Reporting | 4/14/14 deposition of Edith Jones- transcript | Depositions | 1,248.00 |
| 05/05/2014 | Brehon Reporting | 3/18/14 deposition of Nicole Keefe- transcript | Depositions | 295.00 |
| 05/05/2014 | Brehon Reporting | 3/3/14 deposition of Dr. Rozel Elazegui- transcript | Depositions | 1,070.00 |
| 05/05/2014 | Brehon Reporting | 3/31/14 deposition of Nurse Davalos & Ramirez- transcript | Depositions | 535.00 |
| 05/05/2014 | Brehon Reporting | 1/24/14 Deposition of Jennifer Bibbiano- transcript | Depositions | 1,080.00 |
| 04/28/2014 | Uriuab, Bowen & Associates | 4/2/14 Transcript of Patricia Salazar- Transcript | Depositions | 263.80 |
| 04/22/2014 | VAHL | Copy of transcript: Elizabeth Schroder | Depositions | 1,777.05 |
| 03/31/2014 | Brehon Reporting | 3/18/14 deposition of Lt. Gerald Alter & Ofcr. Nicole Keefe- Appearance | Depositions | 490.00 |
| 03/31/2014 | Brehon Reporting | 3/19/14 deposition of John O'Connor & Ofcr. Nathan Tinsley- Appearance | Depositions | 235.00 |
| 03/31/2014 | Brehon Reporting | 3/26/14 deposition of Chandra Pecaut- Appearance | Depositions | 295.00 |
| 03/26/2014 | Brehon Reporting | 3/3/14 Deposition of R. Elazegui- Appearance | Depositions | 535.00 |
| 03/26/2014 | Brehon Reporting | 3/7/14 Deposition of H. Singh- Appearance | Depositions | 580.00 |
| 02/21/2014 | Brehon Reporting | 2/14/14 Deposition of Edith Jones- Appearance | Depositions | 505.00 |
| 02/21/2014 | Brehon Reporting | 2/6/14 Deposition of Ruth Murru- Appearance | Depositions | 670.00 |
| 01/31/2014 | Brehon Reporting | 1/24/14 Deposition of Jennifer Bibbiano- Appearance | Depositions | 580.00 |
| 01/31/2014 | Brehon Reporting | 1/7/14 deposition of Scott Fitch- Copy transcript | Depositions | 782.50 |
| 01/22/2014 | Brehon Reporting | 1/17/14 Deposition of Michael Keegan- Appearance | Depositions | 580.00 |
| 01/09/2014 | Brehon Reporting | 1/7/14 Deposition of Scott Fitch- Appearance | Depositions | 535.00 |
| 09/20/2013 | Brehon Reporting | 8/27/13 deposition of Ofc. Kristin Debban- Appearance | Depositions | 415.00 |
| 09/20/2013 | Brehon Reporting | 8/30/13 deposition of Ofc. Mitchell & Lee- Appearance | Depositions | 640.00 |
| 09/20/2013 | Brehon Reporting | 9/5/13 deposition of Ofc. Corsaw & Loyocono- Appearance | Depositions | 505.00 |
| 01/15/2013 | Photography by Lin | 1/15/13 Photography- Photographs of Lake County Jail | Contract services | 262.50 |
| 08/17/2012 | Lynn Bagley | Process service/Correct Care Solutions | services | 75.00 |

# Gomes
## v.
## Jennifer Bibbiano

| Date | Name | Memo | Account | Amount |
|------|------|------|---------|--------|
| 07/11/2012 | Bank of America | 6/7/12 Courts/USDC-IL-T | Filing | 350.00 |
| 05/29/2012 | HealthPort | Vista Hospital-Lyvita Gomes | Medical Records | 347.67 |
| 04/18/2012 | Lake County | Medical Records | Medical Records | 445.00 |
| 02/24/2012 | Clerk of the Circuit Court of Lake County | 2/24/12 Records | Court Records | 9.00 |
| 02/07/2012 | Clerk of the Circuit Court of Lake County | 2/7/12 Records | Court Records | 231.00 |
| 01/27/2012 | Clerk of the Circuit Court of Lake County | 1/27/12 Records | Court Records | 10.50 |
| | Printing | One half of the total amount of $8,451.95 53,125 pages @ $ 0.15 B&W copies, Color copies @ $0 .20 | | 4,225.97 |
| | | | | 38,575.71 |

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 655319 | 9/30/2016 | 463212 |

| Job Date | Case No. | |
|---|---|---|
| 4/16/2013 | 12 C 4439 | |

| Case Name | | |
|---|---|---|
| Gomes, Lyvita vs. County of Lake, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Janine Hoft
People's Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

COPY OF TRANSCRIPT IN E-TRAN FORMAT OF:

Alfredo Miranda

| | | | | |
|---|---|---|---|---|
| 124.00 | Pages | @ | 2.80 | 347.20 |
| 28.00 | Copies | @ | 0.40 | 11.20 |

Exhibits, scanned

**TOTAL DUE >>>**   **$358.40**

E-tran sent on 9/20/2016.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**



**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Janine Hoft
People's Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

| | | | | |
|---|---|---|---|---|
| Job No. | : 463212 | BU ID | : MCC-MAIN | |
| Case No. | : 12 C 4439 | | | |
| Case Name | : Gomes, Lyvita vs. County of Lake, et al. | | | |

Invoice No. : 655319      Invoice Date : 9/30/2016
**Total Due  : $ 358.40**

Remit To: **McCorkle Litigation Services, Inc.**
**200 North LaSalle Street**
**Suite 2900**
**Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**Rick  Kosberg**
*Legal Videographer*

3600 Lake Shore Dr, #1507
Chicago IL 60613
Phone (312) 952-8100





**TO:**
Janine Hoft
1180 N Milwaukee
Chicago, IL, 60642

**INVOICE #3180**
**DATE: 10-20-2016**

| Deponent | Description | Case | Hrs | Fee | Amount |
|---|---|---|---|---|---|
| | | | | | |
| **Scott Fitch** | **Videotaping** | Gomes v Lake County, et al | | **$250** | **$250** |
| | | **12 CV 4439** | | | |
| | **Video on Flash** | **(actual video, including sync is complimentary for PLO only)** | **rush** | **$100** | **$100** |
| | **Editing, etc** | | **12 hrs** | **$75/hr** | **$900** |
| | | | **Parking** | **$42** | **$42** |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total:** | | | | | **$1292.00** |
| | | | | | |

Thanks,
Rick

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 37-1191539  (217) 356-5119



INVOICE: #112173
DATE: 8/17/16

**Bill To:**
Ms. Jan Susler, Attorney
People's Law Office
1180 N. Milwaukee, 3rd Floor
Chicago  IL  60622

Case Name:  Gomes v. County of Lake, et al.          Case # 12 CV 4439

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|------------------------------|----------|------------|
| 3/20/15 | Lydia Hicks | Transcript (copy) | 185  pages | $360.75 |

*Paid 11/16/16*

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges of 12.00% annually. | BALANCE DUE 9/16/2016 | $360.75

Thank You For Choosing Area Wide Reporting Service

**BREHON REPORTING**
**CARMELLA T. FAGAN, C.S.R., R.P.R.**
**377 DOWNING ROAD**
**RIVERSIDE, ILLINOIS 60546**

Federal ID# 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

I N V O I C E   (SENT VIA E-MAIL)

MS. JANINE L. HOFT
People's Law Office
1180 North Milwaukee Avenue
Third Floor
Chicago, Illinois 60642

**INVOICE DATE:**      October 11, 2016

**INVOICE NO.:**       9551

**CASE NAME:**         Estate of Lyvita Gomes v. Lake County

**CASE NO.:**          12 CV 4439

**DEPOSITION DATE:**   October 5, 2016

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: 3051 Midlane Drive Wadsworth, IL | 4.0 (Incl. 2 hrs. Travel) | | $ 240.00 |
| **Copy** Transcript: Evidence Deposition of Scott Fitch In Above-Entitled Cause | | 88 | $ 308.00 |
| (**E-trans** to Ms. Hoft) (**No Exhibits**) | | 88 | $ 30.00 |

**ACCELERATED DELIVERY**

BINDING/HANDLING:          $      N/C

**TOTAL DUE:**        **$  578.00**

** **PAYMENT DUE UPON RECEIPT OF INVOICE – THANK YOU** **

# FedEx Office.

*Gomes*

FedEx Office is your destination
for printing and shipping.

1711 W Division
Chicago, IL 60622
Tel: (773) 276-5981

10/7/2016                    1:06:56 PM CST
Team Member: Maria V.
Customer: SHUBRA OHRI

SALE

| A-Peperdine Grad 7 | Qty 1 | 74.94 |
|---|---|---|

24x36 Foam Mount           1 @     30.0000 T
 000400 Reg. Price        30.00
Matte Paper/SqFt           6 @      7.4900 T
 001450 Reg. Price         7.49

     Price per piece      74.94
     Regular Total        74.94
     Discounts             0.00

| B-Peperdine Grad 7 | Qty 1 | .94 |
|---|---|---|

24x36 Foam Mount           1 @     30.0000 T
 000400 Reg. Price        30.00
Matte Paper/SqFt           6 @      7.4900 T
 001450 Reg. Price         7.49

     Price per piece      74.94
     Regular Total        74.94
     Discounts             0.00

Sub-Total                         149.88
Tax 10.25%                          7.68
Deposit                             0.00

Total                             157.56

Visa (S)                          157.56
  Account: 6843
  Auth: 01221B (A)

     Total Tender            157.56
     Change Due                0.00

     Total Discounts     0.00

# STATEMENT

**Urlaub Bowen & Associates, Inc.**
20 North Clark Street, Suite 1260, Chicago, Illinois 60602
Court Reporting – Video Conferencing – Realtime
www.urlaubbowen.com  312.781.9586

| Account No. | Date |
|---|---|
| F1226 | 10/3/2016 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $323.60 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$323.60** |

Accounts Payable
People's Law Office
1180 North Milwaukee Avenue, 3rd Floor
Chicago IL  60642

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 9/29/2016 | 100513 | 323.60 | 4/2/2014 | Nassar Hamdan | Estate of Lyvita Gomes, et al. vs. County of Lake, et al. |

9/29/16

**Tax ID:** 36-3368198

Phone: 773-235-0070    Fax:773-235-6699

*Please detach bottom portion and return with payment.*

Accounts Payable
People's Law Office
1180 North Milwaukee Avenue, 3rd Floor
Chicago IL  60642

Account No.   :   F1226
Date            :   10/3/2016

**Total Due   :  $ 323.60**

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Urlaub Bowen & Associates, Inc.**
               **P.O. BOX 64637**
               **Chicago IL  60664-0637**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7479 | 3/12/2015 | 10933 |

| Job Date | Case No. | |
|---|---|---|
| 3/6/2015 | 12-4439 - | |

| Case Name | |
|---|---|
| Gomes v. Lake County, Illinois et al | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Jan Susler
People's Law Firm
1180 N. Milwaukee Ave.
Chicago, IL  60642

| | | | |
|---|---|---|---|
| A.E. Daniel | | | |
| Not Transcribed | | | |
| | 6.00 @ 60.00 | | 360.00 |
| | **TOTAL DUE  >>>** | | **$360.00** |

√#28890
4/7/15

**Tax ID:** 26-3857674

Phone: 773.235.0070   Fax:

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10863 | 8/24/2016 | 10933 |

| Job Date | Case No. | |
|---|---|---|
| 3/6/2015 | 12-4439 - | |

| Case Name |
|---|
| Gomes vs. Lake County, Illinois, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Jan Susler
People's Law Firm
1180 N. Milwaukee Ave.
Chicago IL 60642

| ORIGINAL TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Dr. A.E. Daniel | 183.00 Pages | @ | 4.00 | 732.00 |
| Hourly , | 6.00 Hours | @ | 30.00 | 180.00 |
| RealLegal ETran | 1.00 | @ | 20.00 | 20.00 |
| Black and White Copies | 74.00 Pages | @ | 0.30 | 22.20 |
| Credit | 1.00 | @ | -360.00 | -360.00 |
| | **TOTAL DUE >>>** | | | **$594.20** |

$360 credit for payment made on invoice #7479

*Aug. 24 2016*
*Paid*

**Tax ID:** 26-3857674

---

*Please detach bottom portion and return with payment.*

Jan Susler
People's Law Firm
1180 N. Milwaukee Ave.
Chicago IL 60642

| | | | | |
|---|---|---|---|---|
| Job No. | : 10933 | BU ID | : 1-MAIN | |
| Case No. | : 12-4439 - | | | |
| Case Name | : Gomes vs. Lake County, Illinois, et al. | | | |
| Invoice No. | : 10863 | Invoice Date | : 8/24/2016 | |
| **Total Due** | : **$594.20** | | | |

**PAYMENT WITH CREDIT CARD**    AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Tiger Court Reporting, LLC**
             **111 E Broadway, Suite 310**
             **Columbia MO 65203**

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 606687 | 8/11/2015 | 504973 |
| **Job Date** | **Case No.** | |
| 11/5/2014 | 12 C 4439 | |
| **Case Name** | | |
| Gomes, Lyvita vs. County of Lake, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Jan Susler
People's Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | | |
|---|---|---|---|---|---|
| Joseph Harper | 405.00 | Pages | @ | 2.80 | 1,134.00 |
| Exhibits, scanned | 34.00 | Copies | @ | 0.40 | 13.60 |
| | **TOTAL DUE  >>>** | | | | **$1,147.60** |

Deposition taken in Belleville, IL
E-tran sent on 07/15/15.
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com
**1.5% Service charge will be added to any unpaid balance after 30 days***

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 34.42 |
| (=) New Balance: | **$1,182.02** |

*Pd j#29376*

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Jan Susler
People's Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

Invoice No.   :  606687
Invoice Date  :  8/11/2015
**Total Due**     :  **$ 1,182.02**

Remit To: **McCorkle Litigation Services, Inc.**
**200 North LaSalle Street**
**Suite 2900**
**Chicago, IL  60601**

Job No.    :  504973
BU ID      :  MCC-AFFIL
Case No.   :  12 C 4439
Case Name  :  Gomes, Lyvita vs. County of Lake, et al.

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 606971 | 7/24/2015 | 504184 |
| **Job Date** | **Case No.** | |
| 11/21/2014 | 12 C 4439 | |
| **Case Name** | | |
| Gomes, Lyvita vs. County of Lake, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Jan Susler
People's Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | | |
|---|---|---|---|---|---|
| James F. Gilligan, M.D. | 234.00 | Pages | @ | 2.80 | 655.20 |
| Exhibits, scanned | 60.00 | Copies | @ | 0.40 | 24.00 |
| | | **TOTAL DUE >>>** | | | **$679.20** |

Deposition taken in New York, NY
E-tran sent on 07/15/15.
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com
**1.5% Service charge will be added to any unpaid balance after 30 days**

| (-) Payments/Credits: | 0.00 |
|---|---|
| **(+) Finance Charges/Debits:** | 30.57 |
| **(=) New Balance:** | **709.77** |

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Jan Susler
People's Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

V#29210
12/1/15

Job No.     : 504184          BU ID          : MCC-AFFIL
Case No.    : 12 C 4439
Case Name   : Gomes, Lyvita vs. County of Lake, et al.

Invoice No. : 606971          Invoice Date : 7/24/2015
**Total Due : $ 709.77**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **McCorkle Litigation Services, Inc.**
           **200 North LaSalle Street**
           **Suite 2900**
           **Chicago, IL  60601**

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546


Federal ID# 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

I  N  V  O  I  C  E   **(VIA E-MAIL)**

MS. JANINE HOFT
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

*Pd # 29167*
*10-14-15*

INVOICE DATE:      August 5, 2015

INVOICE NO.:       9438

CASE NAME:         Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   **January 17, 2014**

| **DESCRIPTION** | HOURS | PAGES | TOTAL |
|---|---|---|---|
| **Appearance:**<br>Previously Invoiced | | | |
| **Copy:** Deposition of Michael Keegan | 311 | $ | 777.50 |
| (E-Tran to Ms. Hoft)<br>In Above-Entitled Cause | 311 | $ | 30.00 |

**BACK-WRITE ORDERED 8.2.15 PER JANI**

BINDING/HANDLING:      $      N/C


**TOTAL DUE:**      $   807.50

** **PAYMENT DUE UPON RECEIPT OF INVOICE — THANK YOU** **



# VAHL
REPORTING SERVICE, LTD.

# Invoice

**Invoice #:** 33104
**Invoice Date:** 7/16/2015

11 N. Skokie Highway, Suite 301
Lake Bluff IL, 60044
Phone: (847) 244-4117

**Bill To:**

JANINE HOFT
PEOPLE'S LAW OFFICES
1180 N MILWAUKEE AVE
CHICAGO IL 60642

## Tax ID # 36-4414807

| Description | Date Taken | Witness/ Judge | Amount |
|---|---|---|---|
| GOMES VS LAKE COUNTY | | | |
| COPY OF DEPOSITION TRANSCRIPT 10 BUSINESS DAY DELIVERY | 12/18/2016 | JOY GROSSMAN | 210.00 |
| COPY OF DEPOSITION TRANSCRIPT 10 BUSINESS DAY DELIVERY | 12/18/2013 | GREGORY TICSAY | 627.00 |
| COPY OF DEPOSITION TRANSCRIPT 10 BUSINESS DAY DELIVERY | 12/18/2013 | RHIANNON LITTLE | 312.00 |
| COPY OF DEPOSITION TRANSCRIPT 10 BUSINESS DAY DELIVERY | 11/20/2013 | ELIZABETH SCHROEDER | 1,239.00 |
| TRANSCRIPT SENT UPON RECEIPT OF PAYMENT IN FULL | | | 0.00 |

*Gomes 7/22/15*

*V# 29055 To Code*



*A Tradition Of Quality*

| | |
|---|---|
| **Total** | $2,388.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,388.00 |

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 37-1191539  (217) 356-5119



INVOICE: #107858
DATE: 4/13/15

**Bill To:**
Ms. Jan Susler, Attorney
People's Law Office
1180 N. Milwaukee, 3rd Floor
Chicago  IL  60622

Case Name:  Gomes v. County of Lake, et al.          Case # 12 CV 4439

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|-------------------------------|----------|------------|
| 3/20/15 | Lydia Hicks | Attendance | 5  hours | $225.00 |

V#28925
4/20/15

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges of 12.00% annually. | BALANCE DUE 5/13/2015       $225.00 |

Thank You For Choosing Area Wide Reporting Service

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563259 | 7/18/2014 | 485652 |
| **Job Date** | **Case No.** | |
| 1/30/2014 | 12 C 4439 | |
| **Case Name** | | |
| Gomes, Lyvita vs. County of Lake, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Janine Hoft
Peoples Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL  60622

| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
|---|---|---|---|---|
| Laura Murphy, M.D. | 118.00 Pages | @ | 2.35 | 277.30 |
| Exhibits, scanned | 2.00 Copies | @ | 0.35 | 0.70 |
| | **TOTAL DUE  >>>** | | | **$278.00** |

E-tran sent on 07/09/2014.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

\*\*Please note our suite has changed to 2900\*\*
\*\*1.5% Service charge will be added to any unpaid balance after 30 days\*\*

V#28599
10/17/14

Tax ID: 362799976

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563262 | 7/18/2014 | 484279 |

| Job Date | Case No. | |
|---|---|---|
| 1/13/2014 | 12 C 4439 | |

| Case Name | | |
|---|---|---|
| Gomes, Lyvita vs. County of Lake, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Janine Hoft
Peoples Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL  60622

COPY OF TRANSCRIPT IN E-TRAN FORMAT OF:
   Amber M. Servatius, M.D.

       Exhibits, scanned

| | | | |
|---|---|---|---|
| 179.00 Pages | @ | 2.35 | 420.65 |
| 51.00 Copies | @ | 0.35 | 17.85 |

**TOTAL DUE  >>>**            **$438.50**

E-tran sent on 07/09/2014.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**

√#28599
10/17/14

**Tax ID:** 362799976



BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546


Federal ID# 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

I  N  V  O  I  C  E   (SENT VIA E-MAIL)


MS. JANINE HOFT
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622


INVOICE DATE:       August 25, 2014

INVOICE NO.:        9310

CASE NAME:          Estate of Gomes v. Lake County, et al.

CASE NO.:           12 CV 4439

DEPOSITION DATE:  August 27, 2013


| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Kristin Debban | | 181 | $  452.50 |
| (E-Tran to J. Hoft) | | 181 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $      N/C


TOTAL DUE:    $   482.50


** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **


Pd. 8/26/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E   (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     July 18, 2014

INVOICE NO.:      9306

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  March 31, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Michelle Davalos | | 169 | $  422.50 |
| (E-Tran to J. Susler) | | 169 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $      N/C

TOTAL DUE:     $  452.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

**BREHON REPORTING**
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E   (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     May 27, 2014

INVOICE NO.:      9279

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  March 19, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of John O'Connor | | 86 | $ 215.00 |
| (E-Tran to J. Susler) | | 86 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $     N/C

TOTAL DUE:     $  245.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V# 28490
7/11/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL 60546

Federal ID# 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

I N V O I C E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois 60622

INVOICE DATE:     June 18, 2014

INVOICE NO.:      9292

ECASE NAME:       Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  August 30, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Monika Lee | | 134 | $ 335.00 |
| (E-Tran & Exhibits to J. Susler) | | 134 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

                    BINDING/HANDLING:    $    N/C

                    TOTAL DUE:    $  365.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V#28490
7/11/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     June 24, 2014

INVOICE NO.:      9295

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  September 5, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Natalie Loyacono | | 91 | $  227.50 |
| (E-Tran to J. Susler) | | 91 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $     N/C

TOTAL DUE:     $  257.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V#28490
7/11/14

Page 1

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL   60546

Federal ID# 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

I   N   V   O   I   C   E   (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois   60622

INVOICE DATE:      June 24, 2014

INVOICE NO.:       9296

CASE NAME:         Estate of Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   March 26, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Chandra Pecaut | | 105 | $   262.50 |
| (E-Tran to J. Susler) | | 105 | $    30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $     N/C

TOTAL DUE:      $   292.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

#28490
7/11/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     July 3, 2014

INVOICE NO.:      9298

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  September 5, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Kimberly Corsaw | | 165 | $  412.50 |
| (E-Tran to J. Susler) | | 165 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $     N/C

TOTAL DUE:     $  442.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V#28490
7/11/14

Page 1

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     July 3, 2014

INVOICE NO.:      9302

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  March 31, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Dora Ramirez | | 163 | $  407.50 |
| (E-Tran to J. Susler) | | 163 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $     N/C

TOTAL DUE:      $   437.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V#28490
7/11/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546


Federal ID# 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

I  N  V  O  I  C  E   (SENT VIA E-MAIL)


MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622


INVOICE DATE:      June 13, 2014

INVOICE NO.:       9288

CASE NAME:         Estate of Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   April 25, 2014


| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Original Transcript: | | | |
| Deposition of Dr. Young Kim | | 279 | $ 1116.00 |
| (Medical/Expert Testimony) | | | |
| (E-Tran & Exhibits to J. Susler) | | 279 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

                              BINDING/HANDLING:      $      N/C

                                    TOTAL DUE:    $ 1146.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

#28491
7/11/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I N V O I C E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:       July 8, 2014

INVOICE NO.:        9304

CASE NAME:          Estate of Gomes v. Lake County, et al.

CASE NO.:           12 CV 4439

DEPOSITION DATE:    August 30, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Monique Mitchell | | 98 | $  243.00 |
| (E-Tran to J. Susler) | | 98 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:   $     N/C

TOTAL DUE:    $   275.00

** PAYMENT DUE UPON RECEIPT OF INVOICE – THANK YOU **

√# 28491
7|11|14

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 552374 | 4/16/2014 | 475636 |
| **Job Date** | **Case No.** | |
| 9/26/2013 | 12 C 4439 | |
| **Case Name** | | |
| Gomes, Lyvita vs. County of Lake, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

Jan Susler
Peoples Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

| | | | | |
|---|---|---|---|---|
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | 206.00  Pages | @ | 2.35 | 484.10 |
| Rodney Fernandes - Video Teleconference | | | | |
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | 110.00  Pages | @ | 2.35 | 258.50 |
| Lyemia Fernandes - Video Teleconference | **TOTAL DUE  >>>** | | | **$742.60** |

E-tran sent on 04/15/2014.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

*V#28469*
*6/26/14*

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 552633 | 4/22/2014 | 474028 |
| **Job Date** | **Case No.** | |
| 9/10/2013 | 12 C 4439 | |
| **Case Name** | | |
| Gomes, Lyvita vs. County of Lake, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Jan Susler
Peoples Law Office
1180 North Milwaukee Ave.
3rd floor
Chicago, IL 60622

COPY OF TRANSCRIPT IN E-TRAN FORMAT OF:

Oyd S. Gomes - Videotaped Deposition

    Exhibits, scanned

| | | | | |
|---|---|---|---|---|
| 197.00 | Pages | @ | 2.50 | 492.50 |
| 157.00 | Copies | @ | 0.35 | 54.95 |
| | | **TOTAL DUE  >>>** | | **$547.45** |

E-tran sent on 04/17/14
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**

*√#28469*
*6/26/14*

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

*750-1786* (handwritten)

# INVOICE

McCorkle VTC
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 526943 | 9/19/2013 | 473879 |
| **Job Date** | **Case No.** | |
| 9/10/2013 | 12 C 4439 | |
| **Case Name** | | |
| Gomes v CCS | | |
| **Payment Terms** | | |
| Net 60 | | |

David A. Brueggen
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL  60603

| Oyd Steven Gomes | | | | |
|---|---|---|---|---|
| Video Conference Chicago Room Rental | 5.50 Hour | @ | 175.00 | 962.50 |
| Video Conference Otherside - Room Rental (After Hours) | 5.75 Hours | @ | 262.50 | 1,509.38 |
| Pages Printed at Request | | | 33.00 | 33.00 |
| Bridging Services | | | 819.00 | 819.00 |
| DVD of Videoconference | | | 300.00 | 300.00 |

**TOTAL DUE  >>>**   **$3,623.88**

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**1.5% Service charge will be added to any unpaid balance after 30 days**

*V#28462* (handwritten)
*6/23/14* (handwritten)
*$600 to Weldon-Linne & Vogt* (handwritten)

*RECEIVED*
*SEP 20 2013* (stamp)

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

David A. Brueggen
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL  60603

Job No.     : 473879          BU ID      : MCC-VTC
Case No.    : 12 C 4439
Case Name   : Gomes v CCS

Invoice No. : 526943          Invoice Date : 9/19/2013
**Total Due** : **$ 3,623.88**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone #:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **McCorkle Litigation Services, Inc.**
           **200 North LaSalle Street**
           **Suite 2900**
           **Chicago, IL  60601**

McCorkle VTC
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 531396 | 10/21/2013 | 474460 |
| **Job Date** | **Case No.** | |
| 9/26/2013 | 12 C 4439 | |
| **Case Name** | | |
| Gomes, Lyvita vs. CCS | | |
| | | |
| **Payment Terms** | | |
| Net 60 | | |

David A. Brueggen
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

| | | | |
|---|---|---|---|
| Video Conference Otherside - Room Rental | 7.00 Hour | 00 | 366.00 | 3,400.00 |

**TOTAL DUE  >>>**          **$2,485.00**

This invoice is for a video conference between Chicago and Staines, Middlesex, UK.

*I# 2842*
*6/23/14*
*$600*
*to Weldon-*
*Linne &*
*Vogt*

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

David A. Brueggen
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

| | | |
|---|---|---|
| Invoice No. | : | 531396 |
| Invoice Date | : | 10/21/2013 |
| **Total Due** | : | **$ 2,485.00** |

Remit To: **McCorkle Litigation Services, Inc.**
**200 North LaSalle Street**
**Suite 2900**
**Chicago, IL 60601**

| | | |
|---|---|---|
| Job No. | : | 474460 |
| BU ID | : | MCC-VTC |
| Case No. | : | 12 C 4439 |
| Case Name | : | Gomes, Lyvita vs. CCS |

OCT 2 3 2013

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:    April 24, 2014

INVOICE NO.:     9266

CASE NAME:       Estate of Gomes v. Lake County, et al.

CASE NO.:        12 CV 4439

DEPOSITION DATE: February 6, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Original Transcript: | | | |
| Deposition of Ruth Muuru | | 381 | $ 1333.50 |
| (E-Tran to J. Susler) | | 381 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $      N/C

TOTAL DUE:    $ 1363.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

/# 28411
5/5/13

Page 1

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:    April 24, 2014

INVOICE NO.:     9268

CASE NAME:       Estate of Gomes v. Lake County, et al.

CASE NO.:        12 CV 4439

DEPOSITION DATE: March 7, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Dr. Hargurmukh Singh | | 319 | $  957.00 |
| (Medical/Expert Testimony) | | | |
| (E-Tran to J. Susler) | | 319 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  987.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

✓#28411
5/5/14

_INV9273.TXT

Pd. 4/14/14
5/5/14

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     May 1, 2014

INVOICE NO.:      9273

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  February 14, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Original Transcript: | | | |
| Deposition of Edith Jones | | 348 | $ 1218.00 |
| (E-Tran to J. Susler) | | 348 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $     N/C

TOTAL DUE:     $ 1248.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

#28411
5/5/14

Page 1

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     May 5, 2014

INVOICE NO.:      9275

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  March 18, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Nicole Keefe | | 106 | $ 265.00 |
| (E-Tran to J. Susler 5/5/14) | | 106 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $    N/C

TOTAL DUE:     $  295.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

/#28411
5/5/14

Page 1

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I N V O I C E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:      April 15, 2014

INVOICE NO.:       9264

CASE NAME:         Estate of Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   March 3, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Original Transcript: | | | |
| Deposition of Dr. Rozel Elazegui | | 260 | $ 1040.00 |
| (Medical/Expert Testimony) | | | |
| (E-Tran to J. Susler) | | 260 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $     N/C

TOTAL DUE:      $ 1070.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

/#28412
5/5/14

BREHON REPORTING

CARMELLA T. FAGAN, C.S.R., R.P.R.

377 DOWNING ROAD

RIVERSIDE, IL 60546

Federal ID# 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


I N V O I C E (SENT VIA E-MAIL)

MS. JANIS M. SUSLER

People's Law Office

1180 North Milwaukee Avenue

Chicago, Illinois 60622

INVOICE DATE:    April 11, 2014

INVOICE NO.:    9260

CASE NAME:    Estate of Gomes v. Lake County, et al.

CASE NO.:    12 CV 4439

DEPOSITION DATE:  March 31, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 1180 North Milwaukee | 8 | | $ 535.00 |
| Chicago, IL. | | | |

(Note: Appearance Includes 1.0 Hour Overtime)

Depositions of:

Nurse Michelle Davalos

Nurse Dora Ramirez

In Above-Entitled Cause    TRANSCRIPTS NOT ORDERED

*V#28412*
*5/5/14*

BREHON REPORTING

CARMELLA T. FAGAN, C.S.R., R.P.R.

377 DOWNING ROAD

RIVERSIDE, IL 60546

Federal ID# 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

I N V O I C E (SENT VIA E-MAIL)


MS. JANIS M. SUSLER

People's Law Office

1180 North Milwaukee Avenue

Chicago, Illinois 60622

INVOICE DATE:    April 11, 2014

INVOICE NO.:    9261

CASE NAME:    Estate of Gomes v. Lake County, et al.

CASE NO.:    12 CV 4439

DEPOSITION DATE: January 24, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Jennifer Bibbiano | | 420 | $ 1050.00 |
| (E-Tran to J. Susler) | | 420 | $ 30.00 |
| In Above-Entitled Cause | | | |

*V#28412*
*5/5/14*

REGULAR DELIVERY

                    BINDING/HANDLING:  $   N/C        TOTAL DUE:   $ 1080.00

    ** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# Urlaub Bowen & Associates, Inc.

**20 N. Clark Street**
**Suite 1260**
**Chicago, IL 60602-4189**

Phone: **(312) 781-9586**   Fax: **(312) 781-9228**

Job #: **140402CCS**
Job Date: **04/02/2014**
Order Date: **04/02/2014**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client:

# Invoice

Invoice #: **90347**
Inv.Date: **04/28/2014**
Balance: **$263.80**

---

**Bill To:**
**Ms. Jan Susler**
**People's Law Offices**
**1180 N Milwaukee Ave**
**Chicago, IL 60622**

Action: **Gomes, Lyvita**
vs
**County of Lake**

Action #: **12 C 4439**
Rep: **CCS**
Cert: **084-003543**

| Item | Proceeding/Witness | Description | Quantity | Amount |
|---|---|---|---|---|
| 1 | Patricia Salazar | Certified Transcript | 94 | $235.00 |
| 2 | | Word index | 10.00 | $10.00 |
| 3 | | Exhibits - Scanned | 47.00 | $18.80 |

√#28392
4/28/14

**Comments:**

NET 30 DAYS @ 1.5%   225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $263.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $263.80 |
| Payment | $0.00 |
| Balance Due | $263.80 |

Federal Tax I.D.: **36-3368198**   Terms: **Net 30 Days @ 1.5% from invoice date**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
**Ms. Jan Susler**
**People's Law Offices**
**1180 N Milwaukee Ave**
**Chicago, IL 60622**

**Deliver To:**
**Ms. Jan Susler**
**People's Law Offices**
**1180 N Milwaukee Ave**
**Chicago, IL 60622**

# Invoice

Invoice #: **90347**
Inv.Date: **04/28/2014**
Balance: **$263.80**
Job #: **140402CCS**
Job Date: **04/02/2014**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client:

**REMIT PAYMENT TO:**
**URLAUB BOWEN & ASSOCIATES, INC.**
**PO BOX 64637**
**CHICAGO, IL 60664-0637**

  

 **VAHL**
REPORTING SERVICE, LTD.

# Invoice

**Invoice #:** 31808
**Invoice Date:** 4/17/2014

11 N. Skokie Highway, Suite 301
Lake Bluff IL, 60044
Phone: (847) 244-4117

**Bill To:**

JANICE SUSLER
PEOPLES LAW OFFICES
1180 N MILWAUKEE
CHICAGO IL 60642

## Tax ID # 36-4414807

| Description | Date Taken | Witness/ Judge | Amount |
|---|---|---|---|
| COPY OF DEPOSITION TRANSCRIPT 10 BUSINESS DAY DELIVERY ETRAN ONLY | 11/20/2013 | **ELIZABETH SCHROEDER** | 1,177.05 |
| TRANSCRIPT SENT UPON RECEIPT OF PAYMENT IN FULL | | | 0.00 |

*V# 28386*
*4/22/14*


*A Tradition Of Quality*

| | |
|---|---|
| **Total** | $1,177.05 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,177.05 |

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546


Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)


MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622


INVOICE DATE:     March 21, 2014

INVOICE NO.:      9254

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  March 18, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 25 S. MLK Avenue | 7.5 | | $  490.00 |
| Waukegan, IL | | | |
| Depositions of: | | | |
| Lt. Gerald Alter | | | |
| Ofcr. Nicole Keefe | | | |
| In Above-Entitled Cause | | | |
| (Note: Appearance Includes 0.5 Hours Overtime) | | | |

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:    $      N/C


TOTAL DUE:   $  490.00


** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

*#28337*
*3/31/14*

3/22/2014

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546

Federal ID# 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

I N V O I C E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:    March 21, 2014

INVOICE NO.:     9255

CASE NAME:       Estate of Gomes v. Lake County, et al.

CASE NO.:        12 CV 4439

DEPOSITION DATE: March 19, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 25 S. MLK Avenue | 3.5 | | $ 235.00 |
| Waukegan, IL | | | |
| Depositions of: | | | |
| John O'Connor | | | |
| Ofcr. Nathan Tinsley | | | |
| In Above-Entitled Cause | | | |

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  235.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V#28337
3/31/14

3/29/2014

BREHON REPORTING
CARMELLA T. FAGAN, C.S.R., R.P.R.
377 DOWNING ROAD
RIVERSIDE, IL  60546



Federal ID# 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

I  N  V  O  I  C  E   (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:      March 28, 2014

INVOICE NO.:       9256

CASE NAME:         Estate of Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   March 26, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance:<br>1180 North Milwaukee<br>Chicago, IL<br>Deposition of:<br>Chandra Pecaut<br>In Above-Entitled Cause | 4.5 | | $  295.00 |

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:      $     N/C

TOTAL DUE:      $  295.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

V#28337
# 3/31/14



Pd. 3/26/14
✓#28327

Federal ID# 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

I  N  V  O  I  C  E  (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:     March 12, 2014

INVOICE NO.:      9249

CASE NAME:        Estate of Gomes v. Lake County, et al.

CASE NO.:         12 CV 4439

DEPOSITION DATE:  March 3, 2014

DESCRIPTION              HOURS        PAGES         TOTAL

Appearance:
1180 North Milwaukee     8.0                     $  535.00
Chicago, IL
Deposition of Rozel Elazegui, M.D.
In Above-Entitled Cause
(Note: Appearance Includes 1.0 Hours Overtime)

TRANSCRIPT NOT ORDERED

                      BINDING/HANDLING:     $     N/C

                         TOTAL DUE:     $  535.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **



Federal ID# 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

I N V O I C E (SENT VIA E-MAIL)

MS. JANIS M. SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois 60622

INVOICE DATE:      March 12, 2014

INVOICE NO.:       9250

CASE NAME:         Estate of Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   March 7, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 1180 North Milwaukee | 8.5 | | $   580.00 |
| Chicago, IL | | | |
| Deposition of Hargurmukh Singh, M.D. | | | |
| In Above-Entitled Cause | | | |
| (Note: Appearance Includes 1.5 Hours Overtime) | | | |

TRANSCRIPT NOT ORDERED

                        BINDING/HANDLING:    $      N/C

                           TOTAL DUE:    $   580.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

3/22/2014

Brehon Reporting          Federal ID# 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

I N V O I C E (SENT VIA E-MAIL)

MS. JANIS M. SUSLER

People's Law Office

1180 North Milwaukee Avenue

Chicago, Illinois  60622


INVOICE DATE:   February 17, 2014

INVOICE NO.:   9242

CASE NAME:    Estate of Gomes v. Lake County, et al.

CASE NO.:    12 CV 4439

DEPOSITION DATE:  February 14, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 1180 North Milwaukee | 8 | | $ 505.00 |
| Chicago, IL | | | |
| Deposition of Edith Jones | | | |
| In Above-Entitled Cause | | | |

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:  $   N/C

TOTAL DUE:  $ 505.00


** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

VH 28291
2/21/14

Brehon Reporting

Federal ID# 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

I N V O I C E (SENT VIA E-MAIL)

MS. JANIS M. SUSLER

People's Law Office

1180 North Milwaukee Avenue

Chicago, Illinois 60622

INVOICE DATE:   February 6, 2014

INVOICE NO.:   9241

CASE NAME:    Estate of Gomes v. Lake County, et al.

CASE NO.:    12 CV 4439

DEPOSITION DATE: February 6, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 1180 North Milwaukee | 9.5 | | $ 670.00 |
| Chicago, IL | | | |
| Deposition of Ruth Murru | | | |
| In Above-Entitled Cause | | | |

(Note: Appearance Includes 2.5 Hours Overtime)

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:  $   N/C

TOTAL DUE:  $ 670.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

*V#28291*
*2/21/14*

BREHON REPORTING
Federal ID# 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

I N V O I C E (SENT VIA E-MAIL)

MS. JANIS M. SUSLER

People's Law Office

1180 North Milwaukee Avenue

Chicago, Illinois  60622

INVOICE DATE:   January 31, 2014

INVOICE NO.:   9240

CASE NAME:     Estate of Gomes v. Lake County, et al.

CASE NO.:     12 CV 4439

DEPOSITION DATE:  January 24, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | | | |
| 1180 North Milwaukee | 8.5 | | $ 580.00 |
| Chicago, IL | | | |
| Deposition of Jennifer Bibbiano | | | |
| In Above-Entitled Cause | | | |

*V# 28284*
*1/31/14*

(Note: Appearance Includes 1.5 Hours Overtime)

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:  $   N/C

TOTAL DUE:  $  580.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

I N V O I C E (SENT VIA E-MAIL TO L. ARIAS)

MS. JANIS M. SUSLER

Peoples Law Office

1180 North Milwaukee Avenue

Chicago, Illinois  60622

INVOICE DATE:    January 31, 2014

INVOICE NO.:    9238

CASE NAME:    Estate of Gomes v. Lake County, et al.

CASE NO.:    12 CV 4439

DEPOSITION DATE:  January 7, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|

Appearance:

Previously Invoiced

Copy Transcript:

| Deposition of Scott Fitch | 301 | $ 752.50 |
|---|---|---|
| (E-Tran to J. Susler & J. Hoft) | 301 | $  30.00 |

In Above-Entitled Cause

REGULAR DELIVERY

BINDING/HANDLING:  $   N/C

TOTAL DUE:  $ 782.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

Federal ID# 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

I N V O I C E (SENT VIA E-MAIL)

MS. JAN SUSLER
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois 60622

INVOICE DATE: January 21, 2014

INVOICE NO.: 9233

CASE NAME: Estate of Gomes v. Lake County, et al.

CASE NO.: 12 CV 4439

DEPOSITION DATE: January 17, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance;<br>1180 North Milwaukee<br>Chicago, IL<br>Deposition of Michael Keegan<br>In Above-Entitled Cause<br>(Note: Appearance Includes 1.5 Hours Overtime) | 8.5 | | $ 580.00 |

TRANSCRIPT NOT ORDERED

BINDING/HANDLING: $ N/C

V#28227
1/22/14



1/9/14 pd
V#28222

Federal ID# 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

I N V O I C E

MS. JANINE HOFT
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:      January 8, 2014

INVOICE NO.:       9229

CASE NAME:         Estate of Gomes v. Lake County, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE: · January 7, 2014

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance: | 8 | | $  535.00 |

Appearance:
1180 North Milwaukee Avenue
Deposition of Scott Fitch
In Above-Entitled Cause
(Note: Appearance Includes 1.0 Hours Overtime)

TRANSCRIPT NOT ORDERED

                    BINDING/HANDLING:     $    N/C

                       TOTAL DUE:     $   535.00

** PAYMENT DUE UPON RECEIPT OF INVOICE – THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

I N V O I C E  (SENT VIA FAX)

MS. JANINE HOFT
Peoples Law Office
1180 North Milwaukee Avenue
Chicago, Illinois 60622

*V#28023*
*9/20/13*

INVOICE DATE:      September 10, 2013

INVOICE NO.:       9168

CASE NAME:         Estate of Lyvita Gomes v.
                   County of Lake, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:   August 27, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| **Appearance** | | | |
| 20 Center Street | | | |
| Waukegan, IL | * 6.5 | | $   415.00 |
| (* Includes 2.0 hours Total Travel Time) | | | |

Deposition of:
**Ofcr. Kristin Debban**
In Above-Entitled Cause

TRANSCRIPT NOT ORDERED

BINDING/HANDLING:    $      N/C

TOTAL DUE:    $   415.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING

### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

I N V O I C E  (SENT VIA FAX)

*V# 28023*
*9/20/13*

MS. JANINE HOFT
Peoples Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:      September 9, 2013

INVOICE NO.:       9169

CASE NAME:         Estate of Lyvita Gomes v.
                   County of Lake, et al.

CASE NO.:          12 CV 4439

DEPOSITION DATE:  August 30, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Appearance | | | |
| 20 Center Street | | | |
| Waukegan, IL | * 10 | | $  640.00 |
| (* Includes 2.0 hours Total Travel Time) | | | |
| (* Includes 0.5 hours Total Overtime) | | | |

Depositions of:
**Ofcr. Monique Mitchell**
**Ofcr. Monika Lee**
In Above-Entitled Cause

TRANSCRIPTS NOT ORDERED

BINDING/HANDLING:    $     N/C

TOTAL DUE:    $  640.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

I  N  V  O  I  C  E   (SENT VIA FAX)

*√#28023*
*9/20/13*

MS. JANINE HOFT
Peoples Law Office
1180 North Milwaukee Avenue
Chicago, Illinois  60622

INVOICE DATE:        September 10, 2013

INVOICE NO.:         9171

CASE NAME:           Estate of Lyvita Gomes v.
                     County of Lake, et al.

CASE NO.:            12 CV 4439

DEPOSITION DATE:     September 5, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|

Appearance
20 Center Street
Waukegan, IL              * 8                    $  505.00
(* Includes 1.0 hour Total Travel Time)
**Note:** Did Not Charge Second Hour Travel/**Late Arriving**

Depositions of:
**Ofcr. Kim Corsaw**
**Ofcr. Natalie Loyocono**
In Above-Entitled Cause

TRANSCRIPTS NOT ORDERED

                      BINDING/HANDLING:      $      N/C

                      TOTAL DUE:      $   505.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# *Photography by Lin and Associates*

www.linphotos.com.com · info@linphotos.com · (773)727-9494

## INVOICE

**People's Law Office**
**1180 N. Milwaukee**
**Chicago, IL 60622**
**(773)235-0070**

01/10/2012

| Quantity | Description | Unit | Total |
|----------|-------------|------|-------|
| 1.5 hrs | Photography | $125 p/h | $ 187.50 |
| | tax | | N/A |
| | **Total** | | **$ 187.50** |

Payment may be mailed to:

Photography by Lin
2734 N. Hamlin Ave
Chicago, IL  60647

## *Thank You!*

WARNING DO NOT CASH THIS UNTIL THE CHECK PAGE CONTAINS COLOR CHECK SECURITY FEATURES LISTED ON BACK INDICATE TAMPERING OR COPYING

27911

People's Law Office 0491
1180 N. Milwaukee Ave. 3rd Fl.
Chicago, IL 60642
773-235-0070

THE NORTHERN TRUST COMPANY
CHICAGO, IL 60675
2-15/710

6/21/2013

PAY TO THE
ORDER OF ___ Photography by Lia _____ $ *75.00

Seventy-Five and 00/100*·································································DOLLARS

Photography by Lia
2734 N. Hamlin Ave.
Chicago, IL 60647

мемо June 4, 2013 Invoice

⑈02791⑈

Paid Date: 6/28/13    #27911    $75.00

*Gomes*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| August 13, 2012 | LMB2012125 |

**BILL TO**

**People's Law Office**
**1180 N. Milwaukee Avenue**
**Chicago, IL 60642**

| TERMS |
|-------|
| Due upon receipt |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| **PROCESS SERVICE** | | **$75.00** |
| Correct Care Solutions<br>20 S. County Street<br>Waukegan, IL 60085 | | |
| *Gomes* | | V# 27475<br>8/17/12 |
| | | |

NOTE: Please make all checks payable to Lynn Bagley

**TOTAL    $75.00**

***LYNN MARIE BAGLEY, PRIVATE DETECTIVE***
***1232 W. 103RD STREET***
***CHICAGO, IL 60643***
***(773) 550-5950***

Your payment has been submitted to Pay.gov and the details are below.  If you have any questions regarding this payment, please contact ILND CM ECF Help Desk at 312-582-8727.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 256UE5SR
Agency Tracking ID: 0752-7230354
Transaction Type: Sale
Transaction Date: Jun 7, 2012 2:04:38 PM

Account Holder Name: Brad Thomson
Transaction Amount: $350.00
Billing Address: 1180 North Milwaukee Avenue
Zip/Postal Code: 60642
Country: USA
Card Type: Visa
Card Number: ***********0435

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

--
Brad Thomson
Paralegal & Investigator
People's Law Office
Chicago, IL 60642
773.235.0070 ext. 123
peopleslawoffice.com
Follow us on facebook and
Twitter: @PeoplesLawChi

--

 **HealthPort**

**STATEMENT OF ACCOUNT**

SEND CORRESPONDENCE ONLY TO:

P.O. Box 1812

Alpharetta GA 30023-1812

**(Continued)**

| Statement Date | 04/01/12 |
|---|---|
| Customer No. | 1652116 |

** after invoice indicates a prebill invoice. Records are being held until payment is received.

| INV NBR | DESC/PATIENT NAME AND ID, FACILITY | INV DATE | INV AMT | BAL DUE | PAID | AMT (if different) |
|---|---|---|---|---|---|---|
| 0104923786 | YOUNG EMMANUEL<br>MERCY HOSPITAL IN IL<br>DOB 121611 | 02/14/12 | 71.01 | 71.01 | ☐ | |
| 0106943291 | Gomes<br>GOMES LYVITA<br>VISTA HOSPITAL - EAST IN IL<br>DOB 102759 | 03/27/12 | 319.35 | 319.35 | ☐ | |
| 0107067094 | GOMES LYVITA<br>VISTA HOSPITAL - EAST IN IL<br>DOB 102759 | 03/28/12 | 28.32 | 28.32 | ☐ | |

*347.67*
*V#27347*
*5/29/12*

| PLEASE RETURN ALL PAGES WITH YOUR PAYMENT. | **TOTAL AMOUNT** 418.68 |
|---|---|
| | **TOTAL REMITTANCE USD** |

**Fast. Secure. Free.**

HealthPortPay is a free, online payment processing service that provides you a fast and convenient way to pay your HealthPort invoice. You can now pay your HealthPort invoice by visiting www.HealthPortPay.com which provides options to pay by ECheck or your major credit card.

 LakeCounty

Coroner's Office

**Artis Yancey**
Lake County Coroner

26 N. Martin Luther King, Jr. Avenue
Waukegan, Illinois 60085
Phone      (847) 377-2200
Fax         (847) 662-5972

http://www.lakecountyil.gov/coroner

## REQUEST FOR RECORD(S) FORM

Date of Request: February 24, 2012

Name of Deceased: Lyvita Gomes

Date of Death: January 3, 2012

Name and Address of Person Requesting Record(s)

Jan Susler

People's Law Office

1180 N. Milwaukee

Chicago, IL 60642

Contact Person: Jan Susler

Telephone Number: 773-225-0070

Signature of Person Requesting Record(s)

| | | |
|---|---|---|
| ☐ Autopsy Report | $50.00 |
| ☐ Body Chart | $25.00 |
| ☐ Tox Report | $25.00 |
| ☐ NMS Tox Report | |
| ☐ Case Narrative | $25.00 |
| ☐ Case Verdict | $5.00 |
| ☐ Photos* | $315.00 |
| ☐ Videos | |
| ☐ Misc. Reports | |
| ☐ X-Rays | |
| ☐ Slides | |
| **Total** | $445.00 |

---

### (for Coroner Staff use)

Request Received by: Kathy Needham

Date check received: _____  Check Amount: _____

Date Record(s) sent: _____

Comments: There are 105 photos at a cost of $3 per photo and are provided on CD.

V#27308
4/18/12

All fees are set pursuant to revised Illinois Statute 55 ILCS 5/4-7001

* Photos are digital and provided on CD.

Subj:     **need check in lyvita gomes**
Date:     2/14/2012 12:19:18 P.M. Central Standard Time
From:     jsusler@gmail.com
To:       lourdesari@aol.com

for $9.00 pay to Lake County Circuit Clerk
for copy of court file 11 MR 1261

thank you!

Jan Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60642
773/235-0070 x 118
jsusler@gmail.com

V#27201
2/24/12

WARNING: DO NOT CASH THIS INTENT. CAREFULLY SECURE CHECK IF ANY FEATURES LISTED ON BACK INDICATE TAMPERING OR COPYING.

People's Law Clinic 0442
1140 N. Milwaukee Ave, Ste FL
Chicago, IL 60048
773/235-0010

THE NORTHERN TRUST COMPANY
CHICAGO, IL 60675
2-12/710

**27262**

2/0/2012

PAY TO THE
ORDER OF    Clerk of the Circuit Court of Lake County                    $   **231.00

Two Hundred Thirty-One and 00/100********************************************************************** DOLLARS

Clerk of the Circuit Court of Lake County

MEMO    Gomez

⑈0 27 26 2⑈

**X**

**\*\***

**Paid Date: 2/21/12    #27262    $231.00**

WARNING: THIS DOCUMENT CONTAINS SECURITY FEATURES

People's Law Office
1180 N. Milwaukee Ave. 3rd Flr.
Chicago, IL 60642
773-235-0070

THE NORTHERN TRUST COMPANY

27249

1/27/2012

PAY TO THE
ORDER OF ___ Clerk of the Circuit Court of Lake County ___ $ **10.50

Ten and 50/100************************************************************************** DOLLARS

Clerk of the Circuit Court of Lake County

MEMO Gomez Records

⑈027249⑈

**Paid Date: 2/13/12     #27249     $10.50**