# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Alfredo Miranda

        Plaintiff,

v.               Case No.: 1:12−cv−04439
                Honorable Sharon Johnson Coleman

County of Lake, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 16, 2018:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to reassign pursuant to Seventh Circuit Rule 36 [324], which provides for reassignment of cases remanded for a new trial to judge other than the judge who heard the prior trial. Where, as here, retrial is ordered, reassignment under Circuit Rule 36 is "intended to be automatic." See Bitler Inv. Venture II, LLC v. Marathon Ashland Petroleum, LLC, No. 1:04−CV−477−TLS, 2014 WL 1745129, at *2 (N.D. Ind. Apr. 30, 2014)(quoting Lindquist Ford, Inc. v. Middleton Motors, Inc., 658 F.3d 760, 766 (7 th Cir. 2011). This Court grants the motion. Status hearing set for 10/19/2018 is stricken. The Lake County defendants are directed to re−notice their motion for payment of costs [322] before the reassigned judge. This Court directs the Clerk of the Court to randomly reassign this case. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.