## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Alfredo Miranda

                      Plaintiff,

v.                                                   Case No.: 1:12–cv–04439
                                                              Honorable John Z. Lee

County of Lake, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2019:

      MINUTE entry before the Honorable John Z. Lee: Settlement conference hearing held on 9/18/19. The parties were unable to reach a settlement. Plaintiff's motion for miscellaneous relief [408] requests leave to present Dr. Manuel Montez via video transmission at trial. Defendants do not object to Plaintiffs presenting Dr. Montez in this manner at trial; however, Defendants request that they be allowed to depose Dr. Montez to ascertain the basis of whatever substantive opinions he may present at trial. Plaintiff objects to this request. Because Plaintiff has not provided an disclosure under Rule 26(a)(2)(C) relating to Dr. Montez, the Court grants Defendants request. Accordingly, Plaintiff's motion [408] is granted, and the Court grants Defendants leave to depose Dr. Montez prior to trial. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.