# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alfredo Miranda

                    Plaintiff,

v.                                                  Case No.: 1:12–cv–04439
                                                    Honorable John Z. Lee

County of Lake, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 8, 2020:

    MINUTE entry before the Honorable John Z. Lee:Defendants have moved pursuant to Federal Rule of Civil Procedure 58(e) for entry of an order holding that Plaintiff's Motion for Attorney's Fees has the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Federal Rule of Civil Procedure 59 such that the time for filing Defendants' notice of appeal, if any, is extended and such notice is not due until 30 days from the date of entry of the order disposing of Miranda's Motion for Attorney's Fees [465]. The motion is denied. A "judgment on the merits and an award of attorneys' fees are separately appealable." Cooke v. Jackson Nat'l Life Ins. Co., 919 F.3d 1024, 1026 (7th Cir.), cert. denied, 140 S. Ct. 134 (2019). Accordingly, Defendants may appeal the judgment on the merits now, and then, once attorney's fees are calculated, file a second Notice of Appeal from the fee award. Defendants have until December 16, 2020, to file a Notice of Appeal on the judgment. Fed. R. App. P. 4(a)(4)(A).Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.